

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NOS. 02-12-00013-CR
### 02-12-00014-CR

BYRON PINCKNEY APPELLANT

V.

THE STATE OF TEXAS STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Byron Pinckney filed pro se notices of appeal in these cases following his plea of guilty to criminal mischief in trial court cause number 1249140D and his plea of true to the State's motion to adjudicate guilt for possession of more than one but less than four grams of cocaine in trial court cause number 1074269D. The trial court sentenced Appellant to six months in

---

[1]*See* Tex. R. App. P. 47.4.

state jail in cause number 1249140D and three years' confinement in cause number 1074269D. Subsequently, however, Appellant orally expressed at a hearing in the trial court on January 18, 2012, that he understood that he could not appeal following his guilty plea in cause number 1249140D and that, because he could not appeal in cause number 1249140D, he no longer wished to appeal either case. Accordingly, on our own initiative, we suspend the requirements of rule 42.2(a) of the rules of appellate procedure, and we dismiss these appeals. *See* Tex. R. App. P. 2, 42.2(a), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 16, 2012